IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CIRCLE STAR INSURANCE COMPANY, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:26-CV-7 |
| SAID NURU; SAF-T TRANSPORTATION, INC.; ALEXIS MARTINEZ; JOANNE COZZOLINO; GARRISON PROPERTY & CASUALTY INSURANCE COMPANY, | § § § § § § § | |
| Defendants. | § | |

**DEFENDANT GARRISON PROPERTY & CASUALTY
INSURANCE COMPANY'S ORIGINAL ANSWER**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Garrison Property & Casualty Insurance Company ("Defendant"), in the above-entitled and numbered cause and pursuant to the Federal Rules of Civil Procedure, responds to the allegations in each corresponding paragraph of the Plaintiff's Complaint for Declaratory Judgment as follows:

**PARTIES**

1.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 1-4.

2.  Defendant admits the allegations of paragraphs 5 and 6.

## JURISDICTION AND VENUE

3. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations relating to citizenship of the parties in paragraph 7 but does not contest diversity jurisdiction.

4. Defendant admits the allegations of paragraph 8.

## UNDERLYING LAWSUIT

5. Defendant admits the allegations of paragraphs 9-15.

6. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 16.

## CIRCLE STAR POLICY

7. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 17-20.

## JUSTICIABLE INTEREST

8. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 21-23.

## COUNTS

9. Defendant denies the allegations of paragraphs 24-42.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Defendant requests judgment of the Court that Plaintiff's requested relief be in all things denied, that Defendant recover all costs of Court, and for such other and further relief, special and general, at law or in equity, to which it may show itself justly entitled to receive.

Respectfully submitted,

By: /s/ David J. Metzler
**DAVID J. METZLER**
Texas Bar No. 13982550
dmetzler@cowlesthompson.com

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202-3793
(214) 672-2000

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on January 29, 2026, the foregoing was electronically filed with the Clerk of the Court using the e-filing system which will send notification of such filing to all counsel of record.

/s/ David J. Metzler
**DAVID J. METZLER**