IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CIRCLE STAR INSURANCE COMPANY, A RISK RETENTION GROUP,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| **SAID NURU, SAF-T TRANSPORTATION, INC., ALEXIS MARTINEZ, JOANNE COZZOLINO, GARRISON PROPERTY & CASUALTY INSURANCE COMPANY** | § § § § § § § § | CIV. ACTION NO. 3:26-CV-7 |
| Defendants. | § | |

**ANSWER TO FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

  **COMES NOW** Joanne Cozzolino ("Defendant") and files this Answer and would respectfully show the Court as follows:

  1. Defendant is without knowledge or information to form a belief as to the truth of the allegations in Paragraph 1.

  2. Defendant is without knowledge or information to form a belief as to the truth of the allegations in Paragraph 2.

  3. Defendant admits the allegations in Paragraph 3.

  4. Defendant admits the allegations in Paragraph 4.

5. Defendant is without knowledge or information to form a belief as to the truth of the allegations in Paragraph 5.

6. Defendant admits the allegations in Paragraph 6.

7. Defendant is without knowledge and information to form a belief as to the truth of the allegations in Paragraph 7.

8. Defendant admits the allegations in Paragraph 8.

9. Defendant admits the allegations in Paragraph 9.

10. Defendant admits the allegations in Paragraph 10.

11. Defendant denies the allegations in Paragraph 11.

12. Defendant is without knowledge and information to form a belief as to the truth of the allegations in Paragraph 12.

13. Defendant admits the allegations in Paragraph 13.

14. Defendant refers Plaintiff to the underlying lawsuit and Plaintiff's First Amended Petition in the underlying lawsuit. Subject thereto, Defendant admits the lawsuit alleges negligence and respodeat superior, among other causes of action.

15. Defendant refers Plaintiff to the underlying lawsuit, but admits that a property lawsuit has been filed in the underlying lawsuit.

16. Defendant refers Plaintiff to the deposition testimony, which speaks for itself.

17. Defendant is without knowledge and information to form a belief as to the truth of the allegations in Paragraph 17.

18. Defendant is without knowledge and information to form a belief as to the truth of the allegations in Paragraph 18. Defendant has not been provided with a copy of the policy.

19. Defendant is without knowledge and information to form a belief as to the truth of the allegations in Paragraph 19. Defendant has not been provided with a copy of the policy.

20. Defendant is without knowledge and information to form a belief as to the truth of the allegations in Paragraph 20. Defendant has not been provided with a copy of the policy.

21. Defendant is without knowledge and information to form a belief as to the truth of the allegations in Paragraph 21.

22. Defendant is without knowledge and information to form a belief as to the truth of the allegations in Paragraph 22.

23. Defendant is without knowledge and information to form a belief as to the truth of the allegations in Paragraph 23.

24. Defendant denies the allegations in Paragraphs 24-42.

## AFFIRMATIVE DEFENSES

25. Alternative Remedy Exists. This matter would be more appropriately addressed in the underlying litigation in the 192nd District Court.

26. Latches. Plaintiff has unfairly and in bad faith delayed this action, filing suit just weeks before a mediation was pending in the underlying lawsuit.

27. Estoppel/Waiver. Plaintiff has already tendered a defense in the underlying litigation.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that Plaintiff's requested relief be denied and Defendant recover all costs and such further relief as Defendant is entitled.

ANSWER TO FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT                3

Respectfully Submitted,

By: */s/ Jeff Benton*
**JEFF BENTON**
Texas Bar No. 24050283
Service@JeffBenton.com

**THE BENTON LAW FIRM**
1825 Market Center Blvd., Suite 350
Dallas, Texas 75207
Telephone: (214) 777-7777
Telecopy: (214) 888-1000

**ATTORNEY FOR DEFENDANT,
JOANNE COZZOLINO**

### CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January 2026, a true and correct copy of the foregoing document was served on all Defendants via certified mail.

*/s/ Jeff Benton*
**JEFF BENTON**

PAGE

**ANSWER TO FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT**     4