**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CIRCLE STAR INSURANCE COMPANY, A RISK RETENTION GROUP,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIV. ACTION NO. 3:26-CV-7-N** |
| **SAID NURU, SAF-T TRANSPORTATION, INC., ALEXIS MARTINEZ, JOANNE COZZOLINO, GARRISON PROPERTY & CASUALTY INSURANCE COMPANY,** | § | |
| **Defendants.** | § | |

---

**JOINT MOTION FOR EXTENSION ON MEDIATION DEADLINE AND STAY ON SUMMARY JUDGMENT BRIEFING**

---

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff Circle Star Insurance Company, A Risk Retention Group ("Circle Star") and Defendants Alexis Martinez ("Martinez"), Said Nuru ("Nuru"), and Garrison Property & Casualty Insurance Company ("Garrison") (collectively "parties") and jointly submit Motion to Amend the October 28, 2026 Mediation Deadline in the Court's June 29, 2026 Schedule Order (Doc. 32) and Motion to Stay Briefing Pending Mediation. The parties will show as follows:

1. On June 29, 2026, the Court entered the Scheduling Order in the above-captioned matter. (Doc. 32).
2. The Scheduling Order included an October 28, 2026 deadline to mediate.
3. On September 18, 2026, Circle Star filed a Motion for Summary Judgment.

4. The 21 day deadline for a response was October 9, 2026. Garrison filed a Response to the Motion for Summary Judgment. Martinez sought an extension until October 16, 2026.
5. The parties (Circle Star, Nuru, Martinez and Garison) all conferred and agreed to extend the mediation deadline 60 days. The new deadline would be **December 27, 2026.**
6. Further, the parties have agreed to stay briefing on any dispositive Motion until 14 days after mediation.
7. The parties agree that Martinez will have until 14 days after mediation to file a Response.
8. The parties further agree that Circle Star will not need to file a Reply to any Response to the Motion for Summary Judgment until 14 days after the agreed Response deadline.
9. The parties have been diligent in litigating this case. The request is made in good faith and is not sought for the purposes of delay and will not result in prejudice to any parties.
10. This motion is jointly agreed by all parties except Joanne Cozzolino. Counsel for Joanne Cozzolino was included in all discussions regarding this Motion and did not oppose.

Respectfully submitted,

By: */s/ Heather N. Blumberg*

**HEATHER N. BLUMBERG**
State Bar No. 24074792
Hblumberg@mayerllp.com
**MAYER LLP**
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 379-4763
Telecopy: (214) 379-6939

**ATTORNEYS FOR PLAINTIFF, CIRCLE STAR INSURANCE COMPANY, A RISK RETENTION GROUP**

By: */s/ Linda Dedmanp.p.*
Linda M Dedman
Dedman Law PLLC
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
214-361-8885
Fax: 214-363-4902
Email: ldedman@coveragelawdallas.com

**ATTORNEYS FOR ALEXIS MARTINEZ**

By: */s/ Gregory Koss on Oct 13*
Gregory L. Koss
7422 Rosemont Road
Dallas, Texas 75217
(214) 391-0088
Fax (214) 391-0970
State Bar No. 11689500
gregorykoss@sbcglobal.net

**ATTORNEY OR DEFENDANT SAID NURU**

By: */s/ David Metzler p.p.*
David J Metzler
Cowles & Thompson PC
901 Main Street
Suite 3900
Dallas, TX 75202-3793
214-672-2167
Fax: 214-672-2020
Email: dmetzler@cowlesthompson.com

**ATTORNEYS FOR GARRISON PROPERTY & CASUALTY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic filing system on this the 15th day of October, 2026.

*/s/ Heather N. Blumberg*
**HEATHER N. BLUMBERG**

**CERTIFICATE OF CONFERENCE**

I hereby certify that, between October 7, 2026 and October 15, 2026, I conferred with all counsel regarding this motion and the relief sought herein. All counsel except counsel for Joanne Cozzolino agreed to same. Counsel for Joanne Cozzolino provided no response.

*/s/ Heather N. Blumberg*

**HEATHER N. BLUMBERG**